## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Case No. 1:21-cv-02681-RM-NRN

**JENNIFER VINCENZETTI and ALICIA GRUMET,**
**on behalf of themselves and those similarly situated,**

      **Plaintiff,**

**v.**

**AMAZON.COM SERVICES LLC,**

      **Defendant.**

### JOINT MOTION TO EXTEND DEADLINE FOR
### PLAINTIFFS TO FILE MOTION FOR CLASS CERTIFICATION

Plaintiffs Jennifer Vincenzetti and Alicia Grumet, on behalf of themselves and on behalf of all others similarly situated, ("Plaintiffs") and Defendant Amazon.com Services LLC hereby file this Joint Motion to Extend the Deadline for Plaintiffs to file their Motion for Class Certification. In support, the Parties respectfully state as follows:

### I.      BACKGROUND

This lawsuit is a putative class action alleging that Amazon should have paid its employees for the time spent off the clock as a result of the COVID-19 symptom screenings and exit screenings. Plaintiffs have brought their claims under Colorado law as class action under Rule 23. Amazon denies the allegations and disputes that class certification is appropriate.

The Parties now respectfully request a short extension of the briefing schedule for Plaintiffs to file their Motion for Class Certification. There is good cause to extend the deadlines. Given the schedules of both sides and the upcoming holidays, the Parties respectfully request that the Court enter the following briefing schedule for Plaintiffs' Motion for Class Certification:

      Plaintiffs' Motion for Class Certification due by:     June 12, 2026

      Opposition to Class Certification due by:     July 31, 2026

Reply in Support of Class Certification due by:    August 31, 2026

All other deadlines shall remain in place.  In light of the work that has been completed during discovery, and the efforts of the Parties, the Parties respectfully request that the Court grant this extension.

## II.    ARGUMENTS AND AUTHORITIES

Rule 6(b) of the Federal Rules of Civil Procedure states that "when an act may or must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires …". Fed. R. Civ. P. 6(b)(1)(A).

There is good cause to extend the deadlines related to Plaintiffs' Motion for Class Certification.  Given the schedules of the Parties and the upcoming holidays, additional time is needed to prepare full and complete briefs to the Court.  Indeed, the Parties request this extension so that full information can be provided to the Court so that it can make an informed decision.

Good cause also exists because the Parties have been diligent.  The Parties have exchanged their expert reports, exchanged written discovery, and completed twelve depositions.  The Parties merely request a short extension of the current briefing schedule for Plaintiffs' Motion for Class Certification.

Thus far, the Parties have worked together in good faith (and will continue to do so).  The Parties have attached a proposed Order reflecting the requested extended deadlines.  Finally, this Motion is not sought for purposes of delay, but so that justice may be done.

## III.    CONCLUSION

For these reasons, the Parties respectfully request a continuance of the current deadlines related to Plaintiffs' Motion for Class Certification as set forth in the attached proposed order.

Date: May 20, 2026

2

Respectfully submitted by:


By: _/s/Don J. Foty_

Don J. Foty
Hodges & Foty, L.L.P.
4409 Montrose Blvd., Suite 200
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116
dfoty@hftrialfirm.com

and

Alexander N. Hood
David H. Seligman
Brianne M. Power
Towards Justice
PO Box 371680, PMB 44465
Denver, CO 80237-5680
720-441-2236
alex@towardsjustice.org
david@towardsjustice.org
brianne@towardsjustice.org

and

Brian D. Gonzales
The Law Offices of Brian D. Gonzales
2580 East Harmony Road, Suite 201
Fort Collins, Colorado 80528
(970) 214-0562
BGonzales@ColoradoWageLaw.com

Attorneys for Plaintiffs and Class Members

By: _s/Kyle Petersen_

Kyle Petersen
SEYFARTH SHAW LLP
kpetersen@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
312.460.5000

Michael E. Steinberg
Alison H. Silveira
Molly C. Mooney
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, Massachusetts 02210
msteingerg@seyfarth.com
asilveira@seyfarth.com
mmooney@seyfarth.com


Attorneys for Defendant

3

### CERTIFICATE OF SERVICE

This is to certify that on May 20, 2026 a true and correct copy of the foregoing instrument was served via the Court's electronic filing system.

By: */s/ Don J. Foty*
Don J. Foty