**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:21-cv-02681-CNS-NRN

JENNIFER VINCENZETTI and ALICIA GRUMET, on
behalf of themselves and those similarly situated,

     Plaintiffs,

v.

AMAZON.COM SERVICES LLC,

     Defendant.

---

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

---

Plaintiffs Jennifer Vincenzetti and Alicia Grumet ("Plaintiffs"), on behalf of themselves and on behalf of all others similarly situated, hereby file this Unopposed Motion for Leave to Exceed Page Limits for their Motion for Class Certification. In support, Plaintiffs respectfully state as follows:

**I.**

This lawsuit is a putative class action alleging that Amazon should have paid its employees for the time spent off the clock as a result of the COVID-19 symptom screenings and exit screenings. Plaintiffs have brought their claims under Colorado law as class action under Rule 23. Amazon denies the allegations and disputes that class certification is appropriate.

Plaintiffs' Motion for Class Certification is due by June 12, 2026. [Dkt. No. 127]. Pursuant to this Court's Uniform Civil Practice Standards ("UCPS") "all motions, objections, responses, and concomitant briefs shall not exceed fifteen (15) pages." Civ.

Practice Standard 10.1(c)(1).  Further, the UCPS states "[t]hese page limitations shall not include the cover page, table of contents, signature block, or certificate of service." *Id.* Pursuant to the UCPS, "[t]he Court will entertain motions for extensions of the page limit where appropriate and for good cause." Civ. Practice Standard 10.1(c)(5).

Plaintiffs now respectfully request an extension of the page limit for their Motion for Class Certification.  Plaintiffs seek to file their Motion for Class Certification at a total of twenty-five pages, excluding the cover page, table of contents, signature block, and certificate of service. Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel certifies that he conferred in good faith with Counsel for Amazon.  Counsel for Amazon does not oppose the relief requested in this Motion.

II.

There is good cause for the Court to grant this Motion for Leave to Exceed Page Limits. This case is a complex action that involves extensive facts and several legal issues that require full briefing. Indeed, the Parties have completed over 10 depositions, retained experts, and evaluated significant electronic data.  To present full and complete briefing to the Court regarding the facts of this case, the legal issues involved, and the merits of class certification additional pages are needed.  Indeed, an additional ten pages would permit Plaintiffs to fully address the factual and legal issues in this case and provide the Court with full information to make an informed decision.

Therefore, Plaintiffs respectfully request that the Court grant an extension of the page limit for Plaintiffs' Motion for Class Certification so that it can be filed with up to twenty-five pages in length, excluding the cover page, table of contents, signature block,

2

and certificate of service. Defendant will not be prejudiced if the Court grants this Motion,

and Plaintiffs do not bring this Motion for any improper purpose.

**III.**

For the foregoing reasons, Plaintiffs respectfully ask this Court to grant this Motion

for Leave to Exceed Page Limits.

Dated: June 12, 2026            Respectfully submitted,

By:  /s/ Don J. Foty
Don J. Foty
Foty Law Group, P.C.
2 Greenway Plaza, Suite 250
Houston, TX 77046
Telephone: (713) 523-0001
Facsimile: (713) 523-1116
dfoty@fotylawgroup.com

and

Alexander N. Hood
David H. Seligman
Brianne M. Power
Towards Justice
Po Box 371680, PMB 44465
Denver, Co 80237-5680
720-441-2236
alex@towardsjustice.org
david@towardsjustice.org
brianne@towardsjustice.org

and

Brian D. Gonzales
The Law Offices of Brian D. Gonzales
2580 East Harmony Road, Suite 201
Fort Collins, Colorado 80528
(970) 214-0562
BGonzales@ColoradoWageLaw.com

Attorneys for Plaintiffs and Class Members

3

## <u>CERTIFICATE OF SERVICE</u>

I certify that this document was served on all parties of record via the District of Colorado CM/ECF system on June 12, 2026.

By: */s/ Don J. Foty*
Don J. Foty