## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Case No.1:21-cv- 02681-CNS-NRN

**JENNIFER VINCENZETTI and ALICIA GRUMET,**
on behalf of themselves and those similarly situated;

      Plaintiffs,

         v.

**AMAZON.COM SERVICES, LLC,**

      Defendant.

---

### DEFENDANT AMAZON.COM SERVICES, LLC's UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO RESTRICT

---

Defendant Amazon.com Services LLC ("Amazon") respectfully moves for an extension of time, from June 26, 2026, through and including July 17, 2026, to file any motion to restrict pertaining to the restricted documents filed in connection with Plaintiffs' Motion for Class Certification, [Dkt. Nos. 129, 130].  Amazon further respectfully requests that the Court extend the restriction on those documents for the same length of time.  Plaintiffs do not oppose the relief requested herein.  As grounds for this motion, Amazon states as follows:

### MOTION

Pursuant to D.COLO.LCivR. 7.2 (e), where a documents is filed "as a restricted document without an accompanying motion to restrict, it shall retain the restriction selected by the filer for

1

326778464v.1

14 days." *Id.* "If no motion to restrict is filed within such time period, the restriction shall expire and the document shall be open to public inspection." *Id.*

In connection with their Motion for Class Certification [Dkt. No. 129], Plaintiffs filed 16 exhibits as restricted documents [*see* Dkt. No. 130], because Amazon designated such documents as Confidential under the parties' Stipulated Protective Order.  Plaintiffs did not file any accompanying motion to restrict.  Accordingly, because Plaintiffs filed the restricted documents on June 12, 2026, the restriction currently expires 14 days thereafter on June 26, 2026, under this Court's Local Rules.  Due to summer holiday schedules (among other reasons), Amazon requires additional time to consult with relevant internal stakeholders to evaluate these documents and determine which, if any, Amazon will move to restrict.

Good cause exists to extend the deadline for Amazon to file a motion to restrict. "Demonstrating good cause under the rule 'requires the moving party to show that it has been diligent in attempting to meet the deadlines, which means it must provide an adequate explanation for any delay.'" *Strope v. Collins,* 315 F.App'x 57, 61 (10th Cir. 2009) (quoting *Moothart v. Bell*, 21 F.3d 1499, 1504 (10th Cir. 1994)).  Here, Amazon has acted diligently to evaluate the restricted documents and make determinations about which, if any, it will move to restrict.  However, due to the number of documents at issue and constraints on the availability of internal stakeholders necessary to those determinations, Amazon requires more time in which to file any motion to restrict.  This extension will allow Amazon to evaluate the propriety of its confidentiality designations and, if necessary, move to restrict to the extent warranted under applicable law and Rules of this Court.

This request for an extension of time is not made for any improper purpose and will not prejudice the orderly administration of this matter. Plaintiffs have only recently filed their Motion for Class Certification, and this extension will not affect the briefing schedule in connection with that motion or any other deadlines in this case.  Pursuant to D.C.COLO.LCivR 6.1(c), a copy of this motion will be served contemporaneously by counsel on Amazon.

WHEREFORE, Amazon respectfully requests that the Court grant this unopposed motion for an extension of time to file a motion to restrict, through and including July 17, 2026.

Dated: June 25, 2026

Respectfully submitted,

By: *s/Kyle Petersen*
Kyle Petersen
Bryan J. Vayr
SEYFARTH SHAW LLP
kpetersen@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
312.460.5000

Michael E. Steinberg
Alison H. Silveira
Molly C. Mooney
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, Massachusetts 02210
msteingerg@seyfarth.com
asilveira@seyfarth.com
mmooney@seyfarth.com

*Attorneys for Defendant Amazon.com Services LLC*

3

326778464v.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2026, I presented the foregoing **DEFENDANT AMAZON.COM SERVICES, LLC's UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO RESTRICT** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of the filing to the following:

Alexander N. Hood, CO Atty. Reg. #42775
David H. Seligman, CO Atty. Reg. #49394
Brianne M. Tower, CO Atty. Reg. #53730
Towards Justice
P.O. Box 371680, PMB 44465
Denver, CO 80237-5680
(720)44102236
alex@tpwardsjustice.org
david@towardsjustice.org
brianne@towardsjustice.org
*Attorneys for Plaintiffs*

Brian D. Gonzales, CO Atty. Reg. #29775
THE LAW OFFICES OF BRIAN D. GONZALES, PLLC
2580 E. Harmony Rd., Ste. 201
Fort Collins, CO 80528
(970)214-0562
BGonzales@ColoradoWageLaw.com
*Attorneys for Plaintiffs*

Don J. Foty
Hodges & Foty, LLP
Texas Bar No. 24050022
4409 Montrose Blvd, Ste. 200
Houston, TX 77006
(713)523-0001
dfoty@hftrialfirm.com
*Attorneys for Plaintiffs*

Toby Piering
Senior Corporate Counsel
Labor and Employment
Amazon

4

326778464v.1